No. D–1791. IN RE DISBARMENT OF GROWNEY. Disbarment entered. [For earlier order herein, see *ante*, p. 1152.]

No. D–1792. IN RE DISBARMENT OF SANDS. Disbarment entered. [For earlier order herein, see *ante*, p. 1153.]

No. D–1793. IN RE DISBARMENT OF BOEHME. Disbarment entered. [For earlier order herein, see *ante*, p. 1153.]

No. D–1794. IN RE DISBARMENT OF ECHOLS. Disbarment entered. [For earlier order herein, see *ante*, p. 1153.]

No. D–1806. IN RE DISBARMENT OF MORATH. Thomas D. Morath, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1807. IN RE DISBARMENT OF CALVERT. Stephen Bradford Calvert, of Stuart, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1808. IN RE DISBARMENT OF KIRK. Raymond D. Kirk, of Lexington, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1809. IN RE DISBARMENT OF LANDAN. Henry Sinclair Landan, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1810. IN RE DISBARMENT OF LASH. Michael Lewis Lash, of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 96–8961. IN RE RICHARDS. Petition for writ of habeas corpus denied.